DOC NO
REC'D/FILED
2019 SEP 30 AM 9:32
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

NOTICE OF APPEAL TO THE SEVENTH DISTRICT COURT OF APPEALS
FROM A JUDGMENT OR ORDER OF A DISTRICT COURT
United States District Court for the Western District of Wisconsin

Valerie Kreger-Mueller,

    Plaintiff

v.                                             Case 18-cv-708-jdp

Ashley Doe (Access Community Health)
Autumn Doe (Access Community Health)
Dr. Justin Shiner
Dr. Michael Peterson
Yelena Miranova-Chin
Dr. Matthew Sager
Dr. Tad Herbsman
Amy Edwards
Tiagan Dahl
Peter Lorr
Theresa Bednarek
Dale Barrett
Robert Factor
Lori Blahnik
Ashley Messier
Karen Milner
Dr. Jim Black
Dr. Leslie Taylor
Dr. Kevin Miller
Sydney Mbainai
Kelly Nesvacil
Vue Yang,

    Defendants

Notice is hereby given that Valerie Kreger-Mueller, plaintiff in the above named case hereby appeal to the United States Court of Appeals for the Seventh Circuit from an order dated September 9, 2019 by Judge James D. Peterson.

*Valerie Kreger-Mueller*
9/28/19
Plaintiff

Valerie Kreger-Mueller
PO Box 5142
Madison, WI 53705